# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ronnie Earl Knox ,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                           3:12-cv-00389-FDW

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/26/2012 Order.

                                                        Signed: October 26, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court