# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ronnie Earl Knox ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                             3:12-cv-00389-FDW

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/26/2012 Order.

                                              Signed: October 26, 2012

                                              */s/ Frank G. Johns*

                                              Frank G. Johns, Clerk
                                              United States District Court